# United States District Court
### for the
## Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON
AUG 2 3 2019
SEAN F. McAVOY, CLERK
_____ DEPUTY
SPOKANE, WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA <br> v. <br> ADAM T. LAYTON | ) <br> ) <br> ) Case No. 2:19-mj-00491-JTR <br> ) <br> ) <br> ) <br> ) |

## CRIMINAL COMPLAINT

I, Michael Northcutt, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s), in the county of Spokane in the Eastern District of Washington, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| *18 U.S.C. § 922(g)(1)* | *Felon in Possession of a Firearm* |

This complaint is based on these facts:

☑ Continued on the attached sheet.

_____
Complainant's signature
Michael Northcutt, Special Agent
_____
Printed name and title

☑ Sworn to before me and signed in my presence.
☐ Sworn to telephonically and signed electronically.

Date: 8-23-19

City and state: Spokane, Washington

_____
Judge's signature
John T. Rodgers, United States Magistrate Judge
_____
Printed name and title