PROB 12C
(6/16)

Report Date: October 26, 2021

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Oct 26, 2021

SEAN F. McAVOY, CLERK

### Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Adam T. Layton        Case Number: 0980 2:19CR00136-TOR-1

Address of Offender: ███████████ Spokane, Washington 99207

Name of Sentencing Judicial Officer:  The Honorable Thomas O. Rice, U.S. District Judge

Date of Original Sentence: February 17, 2021

Original Offense:        Felon in Possession of a Firearm and Ammunition, 18 U.S.C. §§ 922(g)(1), 924(a)(2)

Original Sentence:       Prison - 18 months          Type of Supervision: Supervised Release
                         TSR - 36 months

Asst. U.S. Attorney:     Patrick J. Cashman          Date Supervision Commenced: February 26, 2021

Defense Attorney:        Roger James Peven           Date Supervision Expires: February 25, 2024

### PETITIONING THE COURT

To issue a summons.

The probation officer believes that the offender has violated the following conditions of supervision:

| Violation Number | Nature of Noncompliance |
| --- | --- |
| 1 | **Standard Condition # 13**: You must follow the instructions of the probation officer related to the conditions of supervision. |

**Supporting Evidence**: Adam Layton allegedly violated the conditions of his supervised release by failing to follow the instructions of the probation officer related to the conditions of his supervision.

On March 2, 2021, Adam Layton signed his judgment for case number 2:19CR00136-TOR-1, indicating he understood all conditions ordered by the Court. Specifically, Mr. Layton was made aware by his U.S. probation officer that he was to follow the instructions related to the conditions of supervision.

On May 5, 2021, Mr. Layton was referred for chemical dependency treatment at Pioneer Human Services (PHS). Mr. Layton missed his initial evaluation scheduled for June 15, 2021. On August 12, 2021, he was assessed and required to attend intensive outpatient treatment 3 days per week. Mr. Layton neglected to initiate services in a timely manner resulting in him needing an updated assessment. On September 23, 2021, he was reassessed and the same services were recommended by PHS.

**Prob12C**
**Re: Layton, Adam T.**
**October 26, 2021**
**Page 2**

Mr. Layton failed to report for scheduled treatment sessions on September 30, and October 4, 5, 11 and 14, 2021. When addressing this with Mr. Layton, he advised he did not have proper Internet capabilities.

The undersigned officer communicated with the treatment counselors and it was determined Mr. Layton would be required to physically report for treatment services in the lobby of PHS. Mr. Layton was given clear instructions on reporting in an attempt to realign him and help him progress in treatment.  Mr. Layton continued to showcase his noncompliance by failing to report on October 15, 20, 22, and 25, 2021.

2          **Special Condition # 1**: You must complete a mental health evaluation and follow any treatment recommendations of the evaluating professional which do not require forced or psychotropic medication and/or inpatient confinement, absent further order of the court. You must allow reciprocal release of information between the supervising officer and treatment provider. You must contribute to the cost of treatment according to your ability to pay.

**Supporting Evidence**: Adam Layton allegedly violated the conditions of his supervised release by failing to follow the treatment recommendations of the mental health evaluating professional.

On March 2, 2021, Adam Layton singed his judgment for case number 2:19CR00136-TOR-1, indicating he understood all conditions ordered by the Court. Specifically, Mr. Layton was made aware by his U.S. probation officer that he was to follow the treatment recommendations of the mental health evaluating professional.

On May, 5, 2021, Mr. Layton was referred for a mental health evaluation at Resource Counseling Solutions. Mr. Layton missed his initial evaluation scheduled for June 25, 2021. He rescheduled his appointment and was assessed on July 14, 2021. This resulted in him being recommended to attend bimonthly treatment services for depression and anxiety, which he was instructed to do in an attempt to decrease his symptoms. Unfortunately, the clinician was unable to connect with Mr. Layton and he has failed to attend treatment as directed.

The U.S. Probation Office respectfully recommends the Court issue a summons requiring the offender to appear to answer to the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:    10/26/2021

s/Mark E. Hedge

Mark E. Hedge
U.S. Probation Officer

**Prob12C**
**Re: Layton, Adam T.**
**October 26, 2021**
**Page 3**

THE COURT ORDERS

[  ]   No Action
[  ]   The Issuance of a Warrant
[X]   The Issuance of a Summons
[  ]   Other

_____
Thomas O. Rice
United States District Judge

October 26, 2021
_____
Date