PROB 12C
(6/16)

Report Date: December 8, 2021

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Dec 08, 2021

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

| | |
|---|---|
| Name of Offender: Adam T. Layton | Case Number: 0980 2:19CR00136-TOR-1 |
| Address of Offender: | Spokane, Washington 99207 |

Name of Sentencing Judicial Officer:  The Honorable Thomas O. Rice, U.S. District Judge

Date of Original Sentence: February 17, 2021

| | | |
|---|---|---|
| Original Offense: | Felon in Possession of a Firearm and Ammunition, 18 U.S.C. §§ 922(g)(1), 924(a)(2) | |
| Original Sentence: | Prison - 18 months<br>TSR - 36 months | Type of Supervision: Supervised Release |
| Asst. U.S. Attorney: | Patrick Cashman | Date Supervision Commenced: February 26, 2021 |
| Defense Attorney: | Roger Peven | Date Supervision Expires: February 25, 2024 |

## PETITIONING THE COURT

To **issue a warrant** and to incorporate the violations contained in this petition in future proceedings with the violations previously reported to the Court on 10/26/2021 and 11/15/2021.

The probation officer believes that the offender has violated the following conditions of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 6 | **Mandatory Condition #1**: You must not commit another federal, state or local crime.<br><br>**Supporting Evidence:** Mr. Layton is alleged to have violated mandatory condition 1 on December 7, 2021, by being arrested by the Spokane Police Department (SPD).  Mr. Layton was charged with delivery/manufacture/possession of controlled substance with intent to deliver in report number 2021-20193347.<br><br>On March 2, 2021, Adam Layton signed his judgment for case number 2:19CR00136-TOR-1, indicating he understood all conditions ordered by the Court. Specifically, Mr. Layton was made aware by his U.S. probation officer that he must not commit another federal, state, or local crime.<br><br>According to SPD report number 2021-20193347, Mr. Layton was arrested on December 7, 2021, and charged with delivery/manufacture/possession of controlled substance with intent to deliver. The specific details of this incident are from an ongoing investigation. |
| 7 | **Standard Condition #8**: You must not communicate or interact with someone you know is engaged in criminal activity. If you know someone has been convicted of a felony, you must not knowingly communicate or interact with that person without first getting permission of the probation officer. |

Prob12C
Re: Layton, Adam T.
December 8, 2021
Page 2

| | |
|---|---|
| | **Supporting Evidence**: On November 30, 2021, Mr. Layton was alleged to have violated the conditions of his supervised release by associating with a convicted felon according to United States Marshals Service (USMS) case report 2185-0924-1426-D. |
| | On March 2, 2021, Adam Layton signed his judgment for case number 2:19CR00136-TOR-1, indicating he understood all conditions ordered by the Court. Specifically, Mr. Layton was made aware by his U.S. probation officer that he must not communicate or interact with someone engaged in criminal activity or has been convicted of a felony without first obtaining permission from the probation officer. |
| | According to USMS case report 2185-0924-1426-D, on November 30, 2021, the USMS deputies contacted Mr. Layton at a residence prior to executing an arrest warrant for an individual in question. Mr. Layton denied the individual was at the residence when questioned by the USMS deputy. However, USMS deputies located the individual hiding inside a chest/trunk and completed the arrest. Mr. Layton did not have permission by the undersigned officer to interact with someone engaged in criminal activity or has been convicted of a felony. |
| 8 | **Special Condition #4**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances. |
| | **Supporting Evidence**: Mr. Layton allegedly violated the conditions of his supervised release by failing to submit a urine sample for testing as directed by the supervising officer. |
| | On March 2, 2021, Adam Layton signed his judgment for case number 2:19CR00136-TOR-1, indicating he understood all conditions ordered by the Court. Specifically, Mr. Layton was made aware by his U.S. probation officer that he was to submit to urinalysis (UA) testing as directed by the supervising officer. |
| | On May 5, 2021, Mr. Layton was placed on random urinalysis testing with Pioneer Human Services (PHS) and was required to provide a urine sample when his assigned color was identified for testing. Mr. Layton was reported as a "no show" on November 17, 2021, and neglected to provide a urine sample. This was confirmed by the PHS UA attendance roster. |

The U.S. Probation Office respectfully recommends the Court to issue a warrant and to incorporate the violations contained in this petition in future proceedings with the violations previously reported to the Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   12/08/2021

s/Mark E. Hedge

Mark E. Hedge
U.S. Probation Officer

Prob12C
Re: Layton, Adam T.
December 8, 2021
Page 3

THE COURT ORDERS

- [ ] No Action
- [X] The Issuance of a Warrant
- [ ] The Issuance of a Summons
- [X] The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
- [ ] Defendant to appear before the Judge assigned to the case.
- [X] Defendant to appear before the Magistrate Judge.
- [ ] Other

*Thomas O. Rice*
Thomas O. Rice
United States District Judge
December 8, 2021
Date