PROB 12C
(6/16)

Report Date: October 19, 2022

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Oct 20, 2022

SEAN F. MCAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Adam T. Layton                                Case Number: 0980 2:19CR00136-TOR-1

Address of Offender: ███████████████ Spokane, Washington 99207

Name of Sentencing Judicial Officer: The Honorable Thomas O. Rice, U.S. District Judge

Date of Original Sentence: February 17, 2021

| | | |
|---|---|---|
| Original Offense: | Felon in Possession of a Firearm and Ammunition, 18 U.S.C. §§ 922(g)(1), 924(a)(2) | |
| Original Sentence: | Prison - 18 months<br>TSR - 36 months | Type of Supervision: Probation |
| Revocation Sentence:<br>(01/19/2022) | Prison - 7 months<br>TSR - 29 months | |
| Asst. U.S. Attorney: | Patrick Cashman | Date Supervision Commenced: July 5, 2022 |
| Defense Attorney: | Federal Defender's Office | Date Supervision Expires: June 19, 2024 |

## PETITIONING THE COURT

To issue a summons.

On July 11, 2022, a U.S. probation officer in the Western District of Washington reviewed a copy of the conditions of supervision with Mr. Layton as outlined in the judgement and sentence. Mr. Layton signed his judgement acknowledging an understanding of those conditions.

The probation officer believes that the offender has violated the following conditions of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Mandatory Condition #1**: You must not commit another federal, state or local crime.<br><br>**Supporting Evidence**: Mr. Layton is alleged to have violated mandatory condition number 1 on October 11, 2022. According to Seattle Police Department (SPD) report # 2022-273456, Mr. Layton is being charged with fourth degree assault and harassment.<br><br>According to the SPD incident report, officers were dispatched for assistance regarding a domestic violence assault in progress. Officers arrived on scene and met with the reporting party and victim of this crime. It was reported that Mr. Layton is in a relationship with the victim and has a physically abusive history toward her. An argument ensued and Mr. Layton grabbed the victim, forcing her into a room while threatening to beat her. The reporting party was aware of the abusive history between Mr. Layton and the victim. Based on the unfolding events witnessed, 911 was called. In doing so, this aggravated Mr. Layton and he approached |

Prob12C
Re: Layton, Adam T.
October 19, 2022
Page 2

her within inches of her face, threatening harm for contacting the authorities. Eventually, Mr. Layton fled the scene. Responding officers contacted Mr. Layton on his phone and requested him to return to discuss what transpired. Mr. Layton failed to comply with this request.

2  **Mandatory Condition #3**: You must refrain from any unlawful use of a controlled substance. You must submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as determined by the court.

**Supporting Evidence**: It is alleged that Mr. Layton violated the above-stated condition of supervision by consuming methamphetamine, an illegal controlled substance. Specifically, on September 28, 2022, Mr. Layton provided a random urine sample which tested presumptive positive for methamphetamine. The sample was sent into Millennium Health (Navos) for confirmation. On October 1, 2022, the test returned positive for methamphetamine.

Furthermore, according to report #2022-273456, SPD responded to a call for service regarding a domestic violence assault in progress on October 11, 2022. Officers interviewed the victim in which it was shared that Mr. Layton had been smoking methamphetamine for the past 2 weeks.

3  **Standard Condition #9**: If you are arrested or have any official contact with a law enforcement officer in a civil or criminal investigative capacity, you must notify the probation officer within 72 hours.

**Supporting Evidence**: Mr. Layton allegedly violated the above-stated condition of supervision by failing to notify the undersigned of his contact with the Seattle Police Department on October 11, 2022, within 72 hours.

According to SPD report #2022-273456, Mr. Layton was contacted by officers who responded to a call for service regarding a domestic assault in progress. Officers requested Mr. Layton return to discuss the incident. Officers noted, Mr. Layton's behavior became escalated and he refused to cooperate with their request to meet.

4  **Special Condition #4**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances.

**Supporting Evidence**: Mr. Layton is alleged to have violated the above-stated condition of supervision by failing to provide a random urine sample as required. Specifically, on September 21, 2022, Mr. Layton was ordered to provide a random urine sample. The urinalysis technician observed what appeared to be a deception device being used by Mr. Layton in an attempt to pass his urinalysis. The technician inquired about the device and Mr. Layton became agitated, yelling at the technician. Mr. Layton ultimately left the premises without providing a urine sample.

Prob12C
Re: Layton, Adam T.
October 19, 2022
Page 3

The U.S. Probation Office respectfully recommends the Court issue a summons requiring the offender to appear to answer to the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: 10/19/2022

s/Mark E. Hedge

Mark E. Hedge
U.S. Probation Officer

THE COURT ORDERS

[ ] No Action
[X] The Issuance of a Warrant
[ ] The Issuance of a Summons
[ ] Other

Thomas O. Rice
United States District Judge
October 20, 2022
Date